IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01593-PSF-CBS

SUZANNE WEINSTOCK,

    Plaintiff,

v.

CITY OF ASPEN, COLORADO;
GLENN SCHAFFER, in his individual and official capacity;
JOHN RUSHING, in his individual and official capacity;
ERIC ROSS, in his individual and official capacity;
JAMES IAN MACAYEAL, in his individual and official capacity; and
LEON MURRAY, in his indificual and official capacity;

    Defendants.

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

Pursuant to the Acknowledgment of Satisfaction of Judgment (Dkt. # 12), filed by plaintiff on December 26, 2006, the Clerk of the Court is directed to administratively close this case.

DATED: December 27, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge