IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01593-PSF-CBS

SUZANNE WEINSTOCK,

    Plaintiff,

v.

CITY OF ASPEN, COLORADO;
GLENN SCHAFFER, in his individual and official capacity;
JOHN RUSHING, in his individual and official capacity;
ERIC ROSS, in his individual and official capacity;
JAMES IAN MACAYEAL, in his individual and official capacity; and
LEON MURRAY, in his individual and official capacity;

    Defendants.

## ORDER ON DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT

    This matter comes before the Court on Defendants' Motion for Relief from Judgment Pursuant to F.R. Civ. P. 60(b)(5) (Dkt. # 14), filed January 4, 2007. For the following reasons, the motion is denied.

    Plaintiff accepted defendants' offer of judgment on November 1, 2006 (Dkt. # 10). On December 26, 2006, plaintiff filed a satisfaction of judgment stating that she acknowledged "full satisfaction of the judgment" and "full satisfaction by Defendants of all attorneys fees and costs incurred." (Dkt. # 12 at 1). Defendants' current motion cites to the provision of Rule 60(b)(5) that permits a court to grant relief from a judgment that has been satisfied, but gives no good reason why such relief should be granted in this case. Given the fact that plaintiff acknowledged that the judgment was fully satisfied by

filing the above-referenced of satisfaction of judgment, there is no good reason stated by defendants to grant relief from the judgment to which they consented.

DATED: June 1, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge