IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01593-PSF-CBS

SUZANNE WEINSTOCK,

    Plaintiff,

v.

CITY OF ASPEN, COLORADO;
GLENN SCHAFFER, in his individual and official capacity;
JOHN RUSHING, in his individual and official capacity;
ERIC ROSS, in his individual and official capacity;
JAMES IAN MACAYEAL, in his individual and official capacity; and
LEON MURRAY, in his individual and official capacity;

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter comes before the Court on plaintiff's *pro se* motion filed July 16, 2007 (Dkt. # 23) captioned "Motion for Rewriting of the Existing Judgment." For the reasons set forth in this Court's Order of June 22, 2007 (Dkt. # 22), the motion is DENIED.

    The Court notes that plaintiff has filed at least two "Notices" with the Court, apparently pertaining to settlement discussions with defendants (Dkt. ## 24 and 26). The plaintiff is advised that if she wishes to engage in further settlement discussions with defendants she may do so, but she should do so without the involvement of this Court. If any party believes the assistance of a Magistrate Judge will facilitate such discussions, they may file a proper request for a settlement conference.

DATED: July 20, 2007